812

No. 96–1848. YODER ET VIR v. HONEYWELL, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–1849. LARY v. CHATER, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1851. JONES v. WATSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1854. CVELBAR v. CBI-ILLINOIS, INC. C. A. 7th Cir. Certiorari denied.

No. 96–1855. SCHULTZ v. MCDONNELL DOUGLAS CORP. C. A. 8th Cir. Certiorari denied.

No. 96–1856. RHOMBERG ET AL. v. WILSON, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1858. COLE v. KIMBERLY-CLARK CORP. C. A. Fed. Cir. Certiorari denied.

No. 96–1860. HANRAHAN v. WILLIAMS ET AL. Sup. Ct. Ill. Certiorari denied.

No. 96–1861. FETTY ET AL. v. PENSION BENEFIT GUARANTY CORPORATION. C. A. 10th Cir. Certiorari denied.

No. 96–1862. FIRST JERSEY SECURITIES, INC., ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 96–1863. HINDERA v. THAI ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1864. FROHNE v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 96–1867. LIBERTARIAN PARTY OF FLORIDA ET AL. v. SMITH, FLORIDA SECRETARY OF STATE, ET AL. Sup. Ct. Fla. Certiorari denied.